UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
JUSTIN S TARLTON                                CASE NO. 20-10159
JULIA SLONE TARLTON                             JUDGE BENJAMIN A. KAHN
1072 CHARTER OAKS DRIVE
RANDLEMAN, NC  27317

DEBTORS

SSN(1) XXX-XX-4346     SSN(2) XXX-XX-9795        DATE: 11/16/2020

REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CAPITAL ONE AUTO FINANCE<br>A DIV OF CAPITAL ONE<br>P O BOX 4360<br>HOUSTON, TX  77210 | $10,868.00<br>INT:  6.75%<br>NAME ID: 182013<br>CLAIM #:  0008 | (V) VEHICLE-SECURED<br><br>ACCT: 8739<br>COMMENT: 14HYUN |
| CAPITAL ONE AUTO FINANCE<br>A DIV OF CAPITAL ONE<br>P O BOX 4360<br>HOUSTON, TX  77210 | $379.79<br>INT:  .00%<br>NAME ID: 182013<br>CLAIM #:  0010 | (X) SPECIAL-UNSECURED<br><br>ACCT: 8739<br>COMMENT:  SPLIT,CLASS A/B,1020OR |
| GOLDMAN SACHS BANK USA<br>MARCUS BY GOLDMAN SACHS<br>LOCKBOX 6104<br>P O BOX 7247<br>PHILADELPHIA, PA  19170 | $17,432.35<br>INT:  .00%<br>NAME ID: 179211<br>CLAIM #:  0014 | (U) UNSECURED<br><br>ACCT: 8446<br>COMMENT:  CLASS A,1020OR |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 4346<br>COMMENT: |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $847.37<br>INT:  .00%<br>NAME ID: 158804<br>CLAIM #:  0016 | (X) SPECIAL-UNSECURED<br><br>ACCT: 1033<br>COMMENT:  CARE CREDIT,CLASS A/B,1020OR |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $690.57<br>INT:  .00%<br>NAME ID: 158804<br>CLAIM #:  0017 | (U) UNSECURED<br><br>ACCT: 9609<br>COMMENT:  LOWES,CLASS A,1020OR |
| JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $18,610.81<br>INT:  .00%<br>NAME ID: 177262<br>CLAIM #:  0011 | (U) UNSECURED<br><br>ACCT: 6959<br>COMMENT:  CLASS A,1020OR |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| LENDING CLUB CORP<br>DEPT 34268<br>P O BOX 39000<br>SAN FRANCISCO, CA  94139 | $33,998.20<br>INT:  .00%<br>NAME ID: 131946<br>CLAIM #:  0013 | (X) SPECIAL-UNSECURED<br><br>ACCT: 9235<br>COMMENT:  CLASS A/B,1020OR |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $9,908.98<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0012 | (X) SPECIAL-UNSECURED<br><br>ACCT: 7817<br>COMMENT:  CLASS A/B,1020OR |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 4346<br>COMMENT: |
| RANDOLPH CO REGISTER OF DEEDS<br>P O BOX 4458<br>ASHEBORO, NC  27204 | $52.00<br>INT:  .00%<br>NAME ID: 1541<br>CLAIM #:  0021 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| RANDOLPH COUNTY TAX<br>1725 MCDOWELL RD<br>ASHEBORO, NC  27203-7370 | $0.00<br>INT:  .00%<br>NAME ID: 158736<br>CLAIM #:  0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | MONTHLY PMT  $1,117.00<br>INT:  .00%<br>NAME ID: 170064<br>CLAIM #:  0004 | (H) ONGOING-SECURED<br><br>ACCT: 4691<br>COMMENT:  DT RERP,CTD EFF<br>SEPT20,920A |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $1,288.21<br>INT:  .00%<br>NAME ID: 170064<br>CLAIM #:  0005 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 4691<br>COMMENT:  ARR THRU FEB20 |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $6,216.00<br>INT:  .00%<br>NAME ID: 170064<br>CLAIM #:  0006 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 4691<br>COMMENT:  ARR MAR THRU AUG20 |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $0.00<br>INT:  .00%<br>NAME ID: 170064<br>CLAIM #:  0009 | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  OC |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $10,910.96<br>INT:  .00%<br>NAME ID: 170064<br>CLAIM #:  0015 | (X) SPECIAL-UNSECURED<br><br>ACCT: 4651<br>COMMENT:  CLASS A/B,1020OR |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $15,000.00<br>INT:  .00%<br>NAME ID: 66723<br>CLAIM #:  0018 | (X) SPECIAL-UNSECURED<br><br>ACCT: 0483<br>COMMENT:  CLASS A/B,1020OR |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $934.41<br>INT:  .00%<br>NAME ID: 66723<br>CLAIM #:  0019 | (U) UNSECURED<br><br>ACCT: 4250<br>COMMENT:  CLASS A,1020OR |

PAGE 3 - CHAPTER 13 CASE NO. 20-10159

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---:|---|---|
| VERIZON<br>BY AMERICAN INFOSOURCE<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $344.80<br>INT: .00%<br>NAME ID: 176218<br>CLAIM #: 0020 | | (X) SPECIAL-UNSECURED<br>NOT FILED<br>ACCT: 0001<br>COMMENT: CLASS A/B,1020OR |
| WELLS FARGO BANK NA<br>DBA WELLS FARGO AUTO<br>P O BOX 17900<br>DENVER, CO  80217-0900 | $17,160.91<br>INT: 6.75%<br>NAME ID: 172186<br>CLAIM #: 0007 | | (V) VEHICLE-SECURED<br><br>ACCT: 3098<br>COMMENT: 18FORD |
| **TOTAL:** | **$145,760.36** | | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  11/16/2020                                  OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtors
    Attorney for Debtors - Electronic Notice